# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
v. ) CR.F. 05-0073 REC
)
DIONDRA KEY )

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
(X) Ad Prosequendum  ( ) Ad Testificandum.

Name of Detainee: **DIONDRA KEY**

Detained at (custodian): **Valley State Prison, Chowchilla**

Detainee is: a.) (X) charged in this district by:
(X) Indictment ( ) Information ( ) Complaint
Charging Detainee With: **18 U.S.C. § 287**

or b.) ( ) a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ( ) return to the custody of detaining facility upon termination of proceedings
or b.) (X) be retained in federal custody until final disposition of federal charges, as a sentence
is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

Signature: _____
Printed Name & Phone No: **JONATHAN B. CONKLIN 559/498-7407**
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
(X) Ad Prosequendum  ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the Federal Bureau of Investigation for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: **11/10/05**  United States District/Magistrate Judge

Please provide the following, if known:

| Field | Value | Field | Value |
|---|---|---|---|
| AKA(s) (if applicable): | Diondra Key | Male X Female | |
| Booking or CDC #: | CDC# X13381 | DOB: | 090/07/1983 |
| Facility Address: | Valley State Prison | Race: | Black |
| | Chowchilla, CA | FBI #: | 487245AC5 |
| Facility Phone: | 559/665-6100 | | |
| Currently Incarcerated For: | | | |

---

**RETURN OF SERVICE**

Executed on _____ by _____
(Signature)

N:\NMcBride\forms\writ2.new
Form Crim-48

Revised 11/19/97