1  JOHN F. GARLAND   #117554
   Attorney at Law
2  1713 Tulare Street, Suite 221
   Fresno, California 93721
3
   Telephone:  (559) 497-6132
4  Facsimile:   (559) 445-1380

5  Attorney for Defendant,
   DIONDRA T. KEY
6

7
                  IN THE UNITED STATES DISTRICT COURT FOR THE
8
                          EASTERN DISTRICT OF CALIFORNIA
9

10 | UNITED STATES OF AMERICA,      )   Case No.  1: 05 CR 00073 OWW
                                   )
11 |     Plaintiff,                 )   STIPULATION TO CONTINUE
                                   )   SENTENCING HEARING
12 |     v.                         )   AND ORDER THEREON
                                   )
13 | DIONDRA  T. KEY,               )
                                   )
14 |     Defendant.                 )
   |_____)
15

16      Defendant, DIONDRA T. KEY, through her counsel, John F. Garland, and the United

17 States of America, through its counsel, Benjamin B. Wagner, United States Attorney and Kirk E.

18 Sherriff, Assistant United States Attorney, hereby stipulate to continue the defendant's

19 sentencing hearing from June 28, 2010 to July 12, 2010 at 9:00 a.m. This continuance is

20 necessary to allow the United States Probation Officer sufficient time to complete the

21 Dispositional Memorandum which has been delayed due to the Probation Officer's illness.

22      The parties further stipulate that any delay resulting from this continuance shall be

23 excluded on the following basis:

24      Title 18 United States Code Section 3161(h)(8)(A) - that the ends of justice served by
        taking such action outweighs the best interest of the public and the defendant in a
25      speedy trial.

26
   Dated: June 21, 2010                              /s/ John F. Garland
27                                                  John F. Garland
                                                    Attorney for Defendant
28                                                  DIONDRA T. KEY

                                         1

Dated: June 21, 2010                                   Benjamin B. Wagner
                                                       United States Attorney

                                                       /s/  Kirk E.  Sherriff
                                                  By:  KIRK E.  SHERRIFF
                                                       Assistant U.S. Attorney

**ORDER**

GOOD CAUSE APPEARING, based on the stipulation of the parties,

IT IS HEREBY ORDERED that the sentencing hearing for defendant DIONDRA T. KEY  is

continued to July 12, 2010 at  9:00 a.m.

IT IS SO ORDERED.

**Dated:   June 22, 2010**                    **/s/ Oliver W. Wanger**
                ED STATES DISTRICT JUDGE