# United States District Court
## Eastern District of California

| UNITED STATES OF AMERICA<br>v.<br>**DIONDRA T. KEY** | **AMENDED JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br>Case Number: **1:05CR00073-001** |
|---|---|

Date of Original Judgment: **8/5/2010**
(Or Date of Last Amended Judgment)

John Frederick Garland
Defendant's Attorney

## Reason for Amendment:

[✔] Correction of Sentence by Sentencing Court, The Court ORDERED Stay of Imprisonment Lifted, new surrender date, no special condition.

**THE DEFENDANT:**

[✔]   admitted guilt to violation of charges ONE AND TWO as alleged in the violation petition filed on 5/4/2010.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| ONE | NEW LAW VIOLATION | 4/3/2010 |
| TWO | FAILURE TO NOTIFY PROBATION OFFICER OF LAW ENFORCEMENT CONTACT | 4/3/2010 |

The court: [✔] revokes:  [ ] modifies:  [ ] continues under same conditions of supervision heretofore ordered on 2/6/2006.

The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   Charge(s)    is/are dismissed.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

10/12/2010
Date of Imposition of Sentence

/s/ OLIVER W. WANGER
Signature of Judicial Officer

**OLIVER W. WANGER**, United States District Judge
Name & Title of Judicial Officer

10/26/2010
Date

## IMPRISONMENT

      The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  3 Months .  Upon completion of her sentence, defendant's term of supervised release is terminated.

[ ]      The court makes the following recommendations to the Bureau of Prisons:

[ ]      The defendant is remanded to the custody of the United States Marshal.

[✔]     The defendant shall surrender to the United States Marshal for this district.
        [✔]  at 2:00 pm  on October 22, 2010
        [] as notified by the United States Marshal.

[ ]      The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
        [ ] before _ on ___.
        [ ] as notified by the United States Marshal.
        [ ] as notified by the Probation or Pretrial Services Officer.
        If no such institution has been designated, to the United States Marshal for this district.

## RETURN

I have executed this judgment as follows:

      Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

                                    UNITED STATES MARSHAL

                              By _____
                                      Deputy U.S. Marshal